UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUL -5 2005

FILED

Insight Technology Incorporated,

    Plaintiff,

vs.

Glock G.m.b.H. and Glock, Inc.,

    Defendants.

Civil Action No. C-03-253-JD

ORDER

THE COURT having considered the parties' Joint Motion For Stay Of Discovery And Consolidation Of Claim Construction Proceedings, and good cause having been shown, IT IS HEREBY ORDERED:

1. This action shall be, and hereby is, consolidated with the action captioned <u>Insight Technology Incorporated v. SureFire, LLC</u>, Civil Action No. 1:04-cv-00074-JD, for purposes of claim construction proceedings only.

2. The deadline for the parties to the consolidated claim construction proceedings to submit a Joint Claim Construction Statement is hereby extended to and through July 14, 2005.

3. The Court hereby adopts the following schedule for claim construction briefing in the consolidated claim construction proceedings:

| | |
|---|---|
| Submission of Joint Claim Construction Statement | July 14, 2005 |
| Close of claim construction discovery | August 3, 2005 |

|   |   |
|---|---|
| Opening claim construction briefs due | August 17, 2005 |
| Responsive claim construction briefs due | September 6, 2005 |

4. Discovery in this action shall be, and hereby is, stayed until the Court enters a ruling construing disputed claim terms in the consolidated claim construction proceedings. Discovery in this action shall resume for a period of sixty (60) days after entry of the Court's consolidated claim construction ruling, and all post-discovery deadlines in this action shall be extended by sixty (60) days.

SO ORDERED.

Dated: July 5, 2005                          /s/ Joseph A. DiClerico, Jr.
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge