UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Insight Technology Incorporated,<br><br>            Plaintiff,<br><br>     vs.<br><br>Glock G.m.b.H. and Glock, Inc.,<br><br>            Defendants. | Civil Action No. C-03-253-JD |

ORDER

THE COURT having considered the parties' Joint Motion For Clarification of the Court's July 5, 2005 Order Staying Discovery And Consolidating Claim Construction Proceedings, and good cause having been shown, IT IS HEREBY ORDERED:

1. Discovery in this action shall be, and hereby is, stayed until the Court enters a ruling construing disputed claim terms in the consolidated claim construction proceedings.

2. Fact discovery in this action shall resume for a period of sixty (60) days after entry of the Court's consolidated claim construction ruling.

3. Each party may submit initial expert reports on subjects with respect to which that party has the burden of proof within one month of the close of fact discovery.

4. Each party may submit rebuttal expert reports responsive to subjects raised in the other party's initial expert report within two months of the close of fact discovery.

5. Expert discovery shall be completed within three months of the close of fact discovery.

6. Motions for summary judgment and challenges to expert reports on <u>Daubert</u> grounds shall be filed no later than four months after the close of fact discovery.

7. The Court shall determine an appropriate date for trial, final pretrial statements, and objections thereto upon issuance of its ruling construing disputed claim terms.

SO ORDERED.

Dated:  September 16, 2005              /s/ Joseph A. DiClerico, Jr.
                                                                Joseph A. DiClerico, Jr.
                                                                 United States District Judge