UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| INSIGHT TECHNOLOGY INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>GLOCK G.m.b.H. and GLOCK, INC,<br><br>Defendants. | Civil Action No. C-03-253-JD |

## ORDER

THE COURT having considered the parties' Joint Motion For Entry of Amended Pretrial Scheduling Order, and good cause having been shown, IT IS HEREBY ORDERED:

1. Fact discovery in this action shall conclude on June 8, 2006.

2. Each party may submit initial expert reports on subjects with respect to which that party has the burden of proof by June 15, 2006.

4. Each party may submit rebuttal expert reports responsive to subjects raised in the other party's initial expert report by July 18, 2006.

5. Expert discovery shall be completed by August 15, 2006.

6. Motions for summary judgment and challenges to expert reports on *Daubert* grounds shall be filed no later than September 8, 2006.

SO ORDERED.

Dated: April 6, 2006

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge