UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| INSIGHT TECHNOLOGY INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>GLOCK G.m.b.H. and GLOCK, INC,<br><br>Defendants. | Civil Action No. C-03-253-JD |

## ORDER

THE COURT having considered the parties' Second Joint Motion to Amend the Pretrial Scheduling Order, and good cause having been shown, IT IS HEREBY ORDERED:

1. Notwithstanding this Court's order of April 6, 2006, the parties may complete depositions noticed prior to July 28, 2006, provided that all depositions except the deposition of Gaston Glock and of Glock, Ges.m.b.H. take place by August 31, 2006

2. Notwithstanding this Court's order of April 6, 2006, the deposition of Gaston Glock and of Glock Ges.m.b.H shall be conducted in Atlanta, Georgia within 3 days of the required mediation of the parties, said mediation to take place no later than November 15, 2006.

3. Notwithstanding this Court's order of April 6, 2006, Insight Technology Incorporated shall respond or object to Glock Ges.m.b.H.'s pending amended written discovery requests no later than September 15, 2006.  Glock, Ges.m.b.H. may also serve a subpoena duces tecum upon third party Streamlight, Inc. no later than August 31, 2006.

4. Each party may identify expert witnesses and serve initial expert reports on subjects with respect to which that party has the burden of proof by September 1, 2006.

5. Each party may serve rebuttal expert reports responsive to subjects raised in the other party's initial expert report by October 2, 2006.

6. Expert discovery shall be completed by October 20, 2006.

      7. Motions for summary judgment and challenges to expert reports on *Daubert* grounds shall be filed no later than November 8, 2006.

SO ORDERED.

Dated:   August 23, 2006                    /s/ Joseph A. DiClerico, Jr.

                                                                       Joseph A. DiClerico, Jr.
                                                                       United States District Judge