UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

INSIGHT TECHNOLOGY INCORPORATED,

Plaintiff,

v.

GLOCK G.m.b.H. and GLOCK, INC,

Defendants.

Civil Action No. C-03-253-JD

### ORDER

THE COURT having considered the parties' Third Joint Motion to Amend the Pretrial Scheduling Order, and good cause having been shown, IT IS HEREBY ORDERED:

Notwithstanding this Court's order of August 23, 2006, the parties may complete depositions noticed prior to July 28, 2006, provided that all depositions except the deposition of Gaston Glock and of Glock, Ges.m.b.H. take place by September 30, 2006.

SO ORDERED.

Dated: September 5, 2006

/s/ Joseph A. DiClerico, Jr.

Joseph A. DiClerico, Jr.
United States District Judge