UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Insight Technology, Inc.

     v.                        Civil No. 03-cv-253-JD

Glock, G.M.B.H., et al.


PROCEDURAL ORDER


The court has been informed by Mediator David Plant that the parties have agreed to settle this action.

The parties and their counsel are commended for their hard work and good faith efforts to reach a nontrial disposition of this action. The court also commends the mediator for his skillful efforts in guiding the parties and counsel through the negotiations that eventually led to this settlement.

SO ORDERED.


                                   Joseph A. DiClerico, Jr.
                                   United States District Judge

November 3, 2006

cc:  Thomas A. Brown, Esquire
     Irvin D. Gordon, Esquire
     Jonathan Hangartner, Esquire
     George R. Moore, Esquire
     Lawrence K. Kolodney, Esquire
     John Renzulli, Esquire
     Jonathan M. Shirley, Esquire
     Craig R. Smith, Esquire
     Daniel E. Will, Esquire
     David Plant, Esquire