UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Insight Technology, Incorporated</u>

    v.                                           Civil No. 03-cv-253-JD

<u>Glock, G.M.B.H. and Glock, Inc.</u>

<u>O R D E R</u>

Insight's request for a hearing on the motion to enforce settlement agreement (document no. 82) is granted. Glock shall file a response to the motion by February 15, 2007.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the motion to enforce the settlement agreement (document no. 80) is referred to the magistrate judge for a hearing. The magistrate judge shall file a report together with his recommendations with the court.

The court orders that the principals of each party shall attend the hearing failing which sanctions will be imposed including default or dismissal, if appropriate.

SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

February 6, 2007

cc:  Thomas A. Brown, Esquire
     Irvin D. Gordon, Esquire
     Jonathan Hangartner, Esquire
     Lawrence K. Kolodney, Esquire
     Gregory A. Madera, Esquire
     George R. Moore, Esquire
     John Renzulli, Esquire
     Jonathan M. Shirley, Esquire
     Craig R. Smith, Esquire
     Daniel E. Will, Esquire