UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Insight Technology, Inc.</u>

    v.                        Civil No. 03-cv-253-JD

<u>Glock, G.M.B.H. and Glock, Inc.</u>

<u>O R D E R</u>

The plaintiff moved for enforcement of a settlement agreement (document no. 80) which motion was referred to the magistrate judge for a Report and Recommendation. The magistrate judge filed his Report and Recommendation on April 13, 2007 (document no. 92), and no objections to that report have been filed.

The court approves the Report and Recommendation of the magistrate judge dated April 13, 2007. In accordance with the recommendations made in that report, the court enters the following orders:

> 1. If they have not already done so, the parties are ordered with all due dispatch to execute and perform the October 28, 2006, settlement agreement, as set forth in Exhibit 5 introduced during the hearing before the magistrate on the motion to enforce settlement.

   2. The defendants are awarded their reasonable attorneys' fees and costs in connection with the motion to enforce settlement and the hearing conducted thereon by the magistrate judge. The court expects the parties to resolve the fees and costs issues on their own.

   3. In accordance with Local Rule 41.1, within 30 days of the date of this order, the parties shall file either a signed agreement for entry of judgment or a stipulation for dismissal, failing which the court will dismiss the case with prejudice.

SO ORDERED.

                                    _____
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

May 10, 2007

cc:   Thomas A. Brown, Esquire
      Irvin D. Gordon, Esquire
      Jonathan Hangartner, Esquire
      Lawrence K. Kolodney, Esquire
      Gregory A. Madera, Esquire
      George R. Moore, Esquire
      John Renzulli, Esquire
      Jonathan M. Shirley, Esquire
      Craig R. Smith, Esquire
      Daniel E. Will, Esquire
      David Plante, Esquire